**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| LATISHA CASTLE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Case No. 2:24-cv-515-AWA-LRL |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SETTLEMENT**

Plaintiff Latisha Castle, by counsel, notifies the Court that she has settled her claims against Defendant Equifax Information Services, LLC ("Equifax"). The Parties are working to finalize the settlement and will submit dismissal papers within thirty days, unless the Court orders an earlier submission.

Respectfully submitted,
**LATISHA CASTLE,**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiff*