UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**LATISHA CASTLE,**

    **Plaintiff,**

v.                                                                                          Case No. 2:24cv515

**EQUIFAX INFORMATION SERVICES, LLC.**

    **Defendant.**

**ORDER**

The parties herein have reported to the court that this matter is settled. It is, therefore, **ORDERED** that this case be, and it hereby is, **DISMISSED AGREED** with prejudice. Jurisdiction in the matter is retained solely for the purpose of enforcing the settlement agreement resulting in dismissal of the action.

The Clerk shall forward copies of this order to all counsel of record.

January 8, 2025                                        /s/ Arenda L. Wright Allen
                                                           UNITED STATES DISTRICT JUDGE